CHARLES E. LILLIS, APPELLANT, v. COUNTY OF HUDSON, RESPONDENT.

Submitted May 29, 1925—Decided October 19, 1925.

On appeal from the Supreme Court, whose *per curiam* is printed in 1 *N. J. Mis. R.* 583.

For the appellant, *Richard I. McAghon.*

For the respondent, *Thomas F. Meehan.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, MCGLENNON, KAYS, JJ.    12.

*For reversal*—None.